Teresa Salazar-Cosmos (CA#194050)
IMMIGRATION PRACTICE GROUP
A Professional Corporation
555 Clay Street
San Francisco, CA  94111
Tel: (415) 398-3852
Fax: (415) 296-8730

Attorney for Petitioner

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIR ALI, § § Plaintiff, § vs. § § JANET NAPOLITANO, Secretary for the § Department of Homeland Security, § SUSAN CURDA, District Director of the § U.S. Citizenship and Immigration Services, § MICHAEL AYTES, Acting Deputy Director § Of U.S. Citizenship and Immigration Services,§ MIKE VAUGHN, Assistant Field § Office Director, § ERIC H. HOLDER, JR., United States § Attorney General, § § Defendants. § § | Case No.: 09-cv-01201-MCE-GGH Agency Case No.: A70-779-851 |

## JOINT STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS AND DECLARATORY RELIEF

COME NOW, Nadir Ali, Petitioner, by and through her attorney of record, and Respondents, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, as follows:

1. A Complaint for Writ in the Nature of Mandamus and Declaratory Relief in the above-entitled case was filed on May 1, 2009 with the United States District Court for the Eastern District.

PDF created with pdfFactory trial version www.pdffactory.com

2.       Plaintiff and Defendants hereby stipulate to dismiss the instant cause of action with prejudice. The parties shall bear their own costs and fees.

**IT IS SO STIPULATED.**

I remain, respectfully yours,

IMMIGRATION PRACTICE GROUP, P.C.

DATED: JULY 30, 2009            /s/Teresa Salazar-Cosmos
                                TERESA SALAZAR COSMOS
                                Counsel for Petitioner

DATED: JULY 30, 2009            /s/Audrey Benison Hemesath
                                AUDREY BENISON HEMESATH
                                Assistant U.S. Attorney

## ORDER

Petitioner's Petition for Writ in the Nature of Mandamus and Declaratory Relief is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

**DATED:** August 4, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com